STATE v. GROVER

No. 198A01

Case below: 142 N.C. App. 411

Petition by the Attorney General for writ of supersedeas allowed 18 April 2001.

STATE v. JOHNSON

No. 233P01

Case below: 143 N.C. App. 186

Motion by the Attorney General for temporary stay allowed 3 May 2001.

STATE v. McKENZIE

No. 209P01

Case below: 142 N.C. App. 392

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 May 2001.

STATE v. MEDLIN

No. 92P01

Case below: 141 N.C. App. 352

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 May 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001.

STATE v. MUNOZ

No. 183P01

Case below: 141 N.C. App. 675

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 May 2001. Justice Edmunds recused.